IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. RIVAS RIVERA, ET ALS

    Plaintiffs

v.    CIVIL NO. 97-1639 (GG)

CROWLEY AMERICAN TRANSPORT, INC.

    Defendant

**ORDER**

This is a civil action in which Trial was set for September 22, 1998. On August 20, 1998, the parties informed the court that they had settled the case for $15,000. Accordingly, Judgment was entered on September 2, 1998. (Docket entry #27). Eighteen (18) months have elapsed and it is not until now that plaintiff *pro se* files a one-page motion containing some belated, unsupported and conclusory allegations seeking to set aside the judgment. Obviously, this cannot be.

**WHEREFORE**, plaintiff's request to vacate and set aside the judgment must be and is hereby **DENIED**. See, Rule 60 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of April, 2000.

GILBERTO GIERBOLINI
Senior U.S. District Judge