```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO


LUIS ACEVEDO-GARCIA, et al.,      *
                                  *
     Plaintiffs,                  *
                                  *
vs.                               *     CIVIL NO. 97-2639 (JP)
                                  *
MUNICIPALITY OF ADJUNTAS, et al., *
                                  *
     Defendants                   *
                                  *
```

**FURTHER SCHEDULING CONFERENCE ORDER**

The parties met with the Court on July 6, 2005, for a Further Scheduling/Settlement Conference, represented by counsel: Israel Roldán González, Esq., for Plaintiffs; Harry Segarra, Esq. and Evelyn Quiñones for the Municipality of Adjuntas and official capacity Defendants; and Luis Villares Sarmiento, Esq., for personal capacity Defendants.

1. Attorney Segarra alleges to have received all files related to this case.

2. The parties **SHALL** meet on August 8, 2005 at the offices of attorney Roldán in Aguadilla, P. R. at 12:00 noon to discuss the case.

3. In order to prepare for the August 8 meeting, if Defendants require any information that is not contained in the record or cannot be easily found therein, they **SHALL** request the same from Plaintiffs via a motion filed with the Court well before that date.

CIVIL NO. 97-2639 (JP)                2

    4.  The Court understands that the Mayor is currently meeting with Government officials regarding a possible transaction in this case.  As soon as Defendants learn the outcome of such talks, they **SHALL** notify the result of the same to the Court via a motion.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of July, 2005.

                                        S/ Jaime Pieras, Jr.
                                        JAIME PIERAS, JR.
                                      U.S. SENIOR DISTRICT JUDGE